### Ella Miller, Administratrix, Appellee, v. Illinois Central Railroad Company, Appellant.

### Gen. No. 21,402.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Reversed and remanded with directions. Opinion filed October 18, 1916.

### Statement of the Case.

Proceedings under the Workmen's Compensation Act, instituted by Ella Miller, administratrix of the estate of James H. Miller, deceased, complainant, against the Illinois Central Railroad Company, respondent, to recover for the death of the plaintiff's intestate, claimed to have been killed by being struck

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

by the respondent's train. To review proceedings before the Industrial Board, wherein an award was made to the claimant, the respondent brought the record to the Circuit Court of Cook county by common-law writ of certiorari. From an order of that court quashing the writ and dismissing the respondent's petition, the respondent appeals.

VERNON W. FOSTER and JOHN G. DRENNAN, for appellant; BLEWETT LEE and WALTER S. HORTON, of counsel.

No appearance for appellee.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

WORKMEN'S COMPENSATION ACT, § 4*—*when inapplicable to interstate railroad employees*. The Workmen's Compensation Act has no application to injuries received by railroad employees while both the employee and the railroad company are engaged in interstate commerce and the employer's liability in such case is governed exclusively by the Federal Employers' Liability Act, regardless of the question of negligence or want of negligence of either party.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.